UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 08-10868 |
| | CHAPTER 7 |
| KATHERINE MARIE BRADSHAW | |
| Debtor(s). | |

REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011
AND APPLICATION FOR DISCHARGE OF TRUSTEE

The undersigned Trustee of the above-referred estate, having filed his Final Report and Account herein, and the same having been heretofore approved, hereby reports that all checks issued by him as Trustee have been cashed by the bank upon which drawn.

THE TRUSTEE FURTHER reports that all canceled checks and bank statements of the bank accounts used in the administration of this estate have been filed with the Clerk and that the disbursements as evidenced by said documents are in conformity with the disbursements as contained in this Court's Order approving the Trustee's Final Report and Account.

WHEREFORE, the Trustee prays that he be discharged of his trust and that his bond be canceled.

DATED this the 13 day of April, 2010.

_____
DAVID R. HILLIER, Trustee
Gum, Hillier & McCroskey, P.A.
P. O. Box 3235
Asheville, NC 28802
828-258-3368